**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6414

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD RONTE JACKSON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (4:02-cr-70040-FFF; 7:06-cv-00060)

Submitted: July 25, 2006               Decided: August 1, 2006

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Richard Ronte Jackson, Appellant Pro Se.  Ruth Elizabeth Plagenhoef, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Ronte Jackson seeks to appeal the district court's order dismissing Jackson's "place holder motion challenging subject matter jurisdiction pursuant to 28 U.S.C. § 1331," which the court properly construed as an unauthorized successive motion under 28 U.S.C. § 2255 (2000). Jackson also appeals the district court's order denying his subsequent motion to amend under Fed. R. Civ. P. 59(e).

The orders are not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Jackson has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately

- 2 -

presented in the materials before the court and argument would not

aid the decisional process.*

DISMISSED

---

*To the extent Jackson may be seeking authorization under 28 U.S.C. § 2244 (2000) to file a second and successive 28 U.S.C. § 2255 (2000) motion on the basis of the rules announced in United States v. Booker, 543 U.S. 220 (2005), we deny authorization.